UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET and U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No.: 1:25-cv-08783 |

## DECLARATION OF DEANNA PAUL

Pursuant to 28 U.S.C. § 1746(a), DEANNA M. PAUL declares as follows:

1. I am an attorney with Walden Macht Haran & Williams, LLP, and represent Plaintiff Knight First Amendment Institute at Columbia University ("Plaintiff") in this action. I make this affirmation, based upon my personal knowledge, in support of Plaintiff's Complaint.

2. Attached as **Exhibit 1** is a true and correct copy of the Plaintiff's FOIA Request sent to the Office of Management and Budget ("OMB"), the U.S. Equal Employment Opportunity Commission ("EEOC"), and the U.S. Department of Justice ("DOJ"), dated May 14, 2025, in which Plaintiff requested from Defendants records related to agreements that were negotiated (or that are being negotiated) between the Trump Administration and the law firms, as well as the terms thereof.

3. Attached as **Exhibit 2** is a true and correct copy of the system-generated email that Plaintiff received from OMB's FOIA Office, acknowledging receipt of the FOIA request.

4. Attached as **Exhibit 3** is a true and correct copy of a May 16, 2025 letter from DOJ's Mail Referral Unit sent to Plaintiff, acknowledging receipt of its FOIA request.

5. Attached as **Exhibit 4** is a true and correct copy of a May 22, 2025 email from Plaintiff to DOJ's Mail Referral Unit with suggestions regarding which DOJ components may have the Requested Documents.

6. Attached as **Exhibit 5** is a true and correct copy of an August 4, 2025 letter sent by DOJ's Civil Division, informing Plaintiff that no responsive records were located in the Civil Division's Office of the Assistant Attorney General and Federal Programs.

7. Attached as **Exhibit 6** is a true and correct copy of a May 27, 2025 letter sent by DOJ's Mail Referral Unit, confirming that Plaintiff's request had been referred to three DOJ components: (1) the Office of Information Policy ("OIP"), (2) the Civil Division, and (3) Office of Legal Counsel ("OLC").

8. Attached as **Exhibit 7** is a true and correct copy of a June 5, 2025 letter sent by DOJ's OIP, assigning Plaintiff's FOIA request to "the complex track" and denying Plaintiff's request for expedited processing.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 23, 2025

_____
Deanna Paul