# EXHIBIT 2

| | |
|---|---|
| **From:** | Allie Schiele <allie.schiele@knightcolumbia.org> |
| **Sent:** | Tuesday, June 17, 2025 10:35 AM |
| **To:** | Deanna Paul |
| **Subject:** | FW: [EXTERNAL] FOIA Request—Knight First Amendment Institute |

**External Email - *Caution* before clicking links.**

---

**From:** MBX OMB FOIA <MBX.OMB.FOIA@OMB.eop.gov>
**Date:** Wednesday, May 14, 2025 at 1:57 PM
**To:** Allie Schiele <allie.schiele@knightcolumbia.org>
**Subject:** Automatic reply: [EXTERNAL] FOIA Request—Knight First Amendment Institute

**This Message Is From an External Sender**
This message came from outside your organization.

This is a system-generated reply. The Office of Management and Budget has received the information you submitted to the OMBFOIA@omb.eop.gov mailbox and through the FOIA.gov portal. We will provide further information where appropriate.

Please note that the U.S. Department of Government Efficiency is not a component of the Office of Management and Budget (OMB). Pursuant to Executive Order (E.O.) 14158 of January 20, 2025, "Establishing and Implementing the President's 'Department of Government Efficiency,'" the United States Digital Service was publicly renamed and reformed as the United States DOGE Service (USDS) and was established in the Executive Office of the President. As a result, any USDS records created on or after January 20, 2025, are not within the legal custody and control of OMB. OMB does not process FOIA requests on behalf of USDS.

Thank you,

OMB's FOIA Office