# EXHIBIT 3



**U.S. Department of Justice**

Washington, D.C. 20530

May 16, 2025

Allie Schiele
475 Riverside Drive,
Suite 302
New York, NY   10115

Dear Sir/Madam :

This is in response to your request for records, Tracking Number EMRUFOIA051425-3.  Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.  This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

Each DOJ component maintains its own files.   There is no "central file."   Therefore, this office has been designated as the receipt and referral unit for Freedom of Information/Privacy Act requests addressed to the DOJ.   To refer your request, we need you to further identify the records you request.

DOJ regulations require that a request for access to records sufficiently identify the records to enable Department personnel to locate them with a reasonable amount of effort (28 CFR 16.3(b)).  Please provide us with specific information to help us identify the DOJ component(s) most likely to have the records you seek.   Please give the subject, dates and if known, name of the person who signed the document in the component from which it originated.   Or, if your request related to litigation, please provide, in addition to the name of the case, the subject of the case, or indicate the type of case, e.g., a tax, civil rights, or criminal case.   We cannot identify the component handling a case solely on the "name" of the case.   Similarly, we cannot identify the component likely to have a record on an organization or person solely on the "name" of that organization or person.

Schiele                                                                 Page 2

Therefore, please describe the subject matter or the events involved which may have led to the establishment of a record on that case, organization, and/or person. In addition, you may name the components(s) you believe to have the records you seek. The enclosed List of Department of Justice Components, Functions and Records Maintained describes the functions of the DOJ components. We will refer your request upon receipt of the required information.

Sincerely,

MRUFOIA
Logistics Management
Facilities and Administrative Services Staff
Justice Management Division

Enclosures
List of Department of Justice Components,
   Functions and Records Maintained
Incoming Letter