# EXHIBIT 4

**Subject:** Re: Schiele, Allie (EMRUFOIA051425-3)
**Date:** Thursday, May 22, 2025 at 4:13:41 PM Eastern Daylight Time
**From:** Allie Schiele
**To:** Requests, MRUFOIA (JMD)
**CC:** Katie Fallow

To whom it may concern,

We are responding to your letter of May 16, 2025, asking that we provide further information about our May 14, 2025 FOIA request so that you may identify the DOJ component(s) most likely to have the records we seek. Because we do not know the specific documents that DOJ components may have that are responsive to our FOIA request, we cannot provide dates or names that might appear on the documents that are responsive to our request.  However, our FOIA request describes in detail "the subject matter [and] the events involved which may have led to the establishment of a record," as requested in your May 16 letter.

Specifically, and as explained in the 5/14 request, the Knight Institute requests all documents and communications related to the Trump administration's agreements with law firms in response to, or prevention of, retaliatory action by the Trump administration. This includes any final written and/or oral agreements between the Trump administration and the law firms targeted by the Administration in which any firm made certain admissions and commitments to avoid or minimize the possibility that the Trump administration would issue an executive order or that the EEOC would investigate whether the firm's employment practices comply with Title VII the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* As stated in our FOIA request, the targeted firms include at a minimum Allen Overy Shearman Sterling US LLP; Cadwalader, Wichersham & Taft LLP; Kirkland & Ellis LLP; Latham & Watkins LLP; Millbank LLP; Paul, Weiss Rifkind, Wharton & Garrison LLP; Simpson Thacher & Bartlett LLP; Skadden, Arps, Slate, Meagher & Flom LLP; Willkie Farr & Gallagher LLP; and all firms that received letters from EEOC Acting Chair Andrea Lucas on March 17, 2025.

We believe that the Department of Justice may have records responsive to this request, as the executive orders referenced in the request direct the Department of Justice and Attorney General to take specific actions against the firms. For example, an executive order against Paul Weiss directed the Attorney General to suspend security clearances held by the firm's employees. Exec. Order No. 14,237, 90 Fed. Reg. 13039, Addressing Risks from Paul Weiss, (Mar. 14, 2025). Further, and as explained in our request, subsequent executive orders and public statements by the White House suggest that President Trump's recent executive order directing the Attorney General to provide pro bono services to law enforcement officers, Exec. Order No. 14,288, 90 Fed. Reg. 18765, Strengthening and Unleashing America's Law Enforcement to Pursue Criminals and Protect Innocent Citizens (Apr. 28, 2025), will involve the firms who have reached agreements with the President. *See* Mike Scarcella & Sara Merken, *Trump Executive Order Seeks Law Firms to Defend Police Officers for Free*, Reuters (Apr. 29, 2025), https://www.reuters.com/legal/government/trump-executive-order-seeks-law-firms-defend-police-officers-free-2025-04-29/. These statements suggest that the Office of the Attorney General and other DOJ components may have records related to the targeted law firms that have entered into agreements to provide certain pro bono services.

1 of 3

Accordingly, we believe that the following components may have the requested information:
- Office of the Attorney General
- Office of the Associate Attorney General
- Civil Division
- Office of the Deputy Attorney General
- Office of Legal Counsel

Thank you for your attention to this matter and please let us know if you have any questions.

Sincerely,
Allie Schiele

---
Allie Schiele (she/her)
Legal Fellow
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302 | New York, NY 10115
allie.schiele@knightcolumbia.org

**From:** Requests, MRUFOIA (JMD) <MRUFOIA.Requests@usdoj.gov>
**Date:** Friday, May 16, 2025 at 10:17 AM
**To:** Allie Schiele <allie.schiele@knightcolumbia.org>
**Subject:** Schiele, Allie (EMRUFOIA051425-3)

**This Message Is From an External Sender**
This message came from outside your organization.

Please see the attached response to your FOIA request. Please note, your request has been assigned tracking number EMRUFOIA051425-3.

**From:** Allie Schiele <allie.schiele@knightcolumbia.org>
**Sent:** Wednesday, May 14, 2025 1:58 PM
**To:** Requests, MRUFOIA (JMD) <MRUFOIA.Requests@usdoj.gov>
**Cc:** Katie Fallow <Katie.Fallow@knightcolumbia.org>; Alexander A Abdo <alex.abdo@knightcolumbia.org>; Taylor Bronson <taylor.bronson@knightcolumbia.org>
**Subject:** [EXTERNAL] FOIA Request—Knight First Amendment Institute

To whom it may concern,

Please find attached a FOIA request from the Knight First Amendment Institute at Columbia University. We respectfully request expedited processing for the reasons set out in the attachment.

Best,
Allie

---
Allie Schiele (she/her)
Legal Fellow
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302 | New York, NY 10115
allie.schiele@knightcolumbia.org