# EXHIBIT 5



**U.S. Department of Justice**
Civil Division, FOIA and Privacy Office
Room 8400
1100 L Street, NW
Washington, DC 20530

---

August 4, 2025

Allie Schiele  
Katie Fallow  
Knight First Amendment Institute  
   at Columbia University  
allie.schiele@knightcolumbia.org  
katie.fallow@knightcolumbia.org

Request No.   145-FOI-21925

Dear Allie Schiele and Katie Fallow:

     This is a final response to your Freedom of Information Act (FOIA) request dated May 14, 2025, which was originally sent to the Department of Justice, Mail Referral Unit (MRU) and then routed by the MRU to the Civil Division on May 27, 2025.  Your request was received in this office on the same date.  You requested agreements made between the Trump Administration and various major law firms, as well as records concerning those agreements.

     Please be advised that this office inquired with the Civil Division's Office of the Assistant Attorney General and Federal Programs Branch, and no records responsive to your request were located.

     We are aware that the MRU has also routed your request to the Office of Legal Counsel, as well as the Office of Information Policy, which processes FOIA requests for the senior leadership offices of the Department of Justice.  Each would be expected to respond separately to your FOIA request.

     For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

     If you have any questions, you may contact our FOIA Public Liaison by telephone at 202-514-2319 or you may write to civil.routing.foia@usdoj.gov or to the FOIA and Privacy Office, Civil Division, Department of Justice, Room 8400, 1100 L Street NW, Washington, DC 20530.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

      If you are not satisfied with the Civil Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: [https://www.justice.gov/oip/submit-and-track-request-or-appeal](https://www.justice.gov/oip/submit-and-track-request-or-appeal). Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

*Brian Flannigan*

Brian Flannigan
Chief, FOIA and Privacy Office