UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Knight First Amendment Institute,<br><br>                        Plaintiff,<br><br>      v.<br><br>Office of Management and Budget, et al.,<br><br>                        Defendants. | 25-CV-8783 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

       The Court is in receipt of the Parties' joint letter submission, ECF No. 12. Defendants' application for an extension *sine die* to answer or otherwise respond to the complaint is **GRANTED**. The initial conference in this case, scheduled for December 16, 2025, is **CANCELLED**. The Court **ADOPTS** the Parties' proposed schedule for regular joint status reports. The Parties shall provide their next status report by January 16, 2026.

SO ORDERED.

Dated: December 15, 2025
       New York, New York

                                                       DALE E. HO
                                     United States District Judge