

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 15, 2026

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>   Re:   *Knight First Amendment Institute v. Office of Management and Budget, et al.,*
>          25 Civ. 8783 (DEH)

Dear Judge Ho:

    This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. We write jointly with counsel for plaintiff to provide a joint status report, as directed by the Court's December 15, 2025 Order, ECF No. 13.

    As we noted in our initial letter, the complaint seeks records from three distinct entities for FOIA purposes: (1) the Office of Management and Budget (OMB), and two separate components of the Department of Justice (DOJ): (2) DOJ's Office of Legal Counsel (OLC); and (3) the DOJ's Information Policy (OIP), which, among other things, conducts FOIA operations for DOJ leadership offices.

    As we previously reported, OMB completed its search on December 9. Since that time, OMB has been engaged in a responsiveness and deduplication review. Based on its initial review, the search results primarily consist of records related to the issuance of executive orders and Presidential memoranda and the subsequent litigation that followed. OMB has thus far not located any records responsive to either Parts 1 or 2 of Plaintiff's FOIA request. OMB will continue to review the remaining search results for responsiveness. As we previously reported, OMB will process of any responsive records at a rate of 500 pages per month.

    OIP initiated its search process in December, and specifically is searching records of the Office of Attorney General, Office of the Deputy Attorney General, and Office of the Associate Attorney General. OIP is currently conducting an initial electronic keyword search, and it anticipates completing this search by February 28, 2026. Once the search is completed and OIP has an opportunity to evaluate the initial search results, OIP will provide an estimated timeline for initial responsiveness review and deduplication of the material based on the volume returned.

    As we previously noted, shortly after receiving the request, OLC completed a search, and provided plaintiff response on May 30, 2025, indicating it had found no records.

Honorable Dale E. Ho                                                                                                             Page 2
January 15, 2026

      Under the Court's standing order for status reports, ECF No. 13, the parties' next report will be due Monday, February 16.

      We thank the Court for its attention to this matter.

                                                        Respectfully submitted,

                                                        JAY CLAYTON
                                                        United States Attorney
                                                        Southern District of New York

                                                        By: _/s/ Peter Aronoff_
                                                       PETER ARONOFF
                                                       Assistant United States Attorney
                                                       Telephone: (212) 637-2697
                                                       E-mail: peter.aronoff@usdoj.gov
                                                       _Counsel for defendants_

cc: Counsel for plaintiff (via ECF)