

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 17, 2026

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Knight First Amendment Institute v. Office of Management and Budget, et al.,*
            25 Civ. 8783 (DEH)

Dear Judge Ho:

      This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. We write jointly with counsel for plaintiff to provide a joint status report, as directed by the Court's December 15, 2025 Order, ECF No. 13.

      As we noted in our initial letter, the complaint seeks records from three distinct entities for FOIA purposes: (1) the Office of Management and Budget (OMB), and two separate components of the Department of Justice (DOJ): (2) DOJ's Office of Legal Counsel (OLC); and (3) the DOJ's Information Policy (OIP), which, among other things, conducts FOIA operations for DOJ leadership offices.

      As we previously reported, OMB completed its search on December 9. Since that time, OMB has been engaged in a responsiveness and deduplication review. OMB has thus far reviewed approximately 1,025 pages and reports that it has not located any records responsive to either Parts 1 or 2 of Plaintiff's FOIA request. OMB reports that the search results primarily consist of records related to the issuance of the executive orders and Presidential memoranda and the subsequent litigation that followed. OMB will continue to review the remaining search results for responsiveness at a rate of 500 pages per month.

      OIP has completed its initial electronic keyword search of the Office of Attorney General, Office of the Deputy Attorney General, and Office of the Associate Attorney General. OIP is currently conducting an initial responsiveness review and deduplication of the search results returned. OIP anticipates completing this initial review process by March 15, 2026, after which it will provide an estimated timeline for initial processing based on the volume of potentially responsive material identified.

      As we previously noted, shortly after receiving the request, OLC completed a search, and provided plaintiff response on May 30, 2025, indicating it had found no records.

Honorable Dale E. Ho                                                                                                Page 2
February 17, 2026

      Under the Court's standing order for status reports, ECF No. 13, the parties' next report will be due Monday, March 16.

      We thank the Court for its attention to this matter.

                                                                                               Respectfully submitted,

                                                                                              JAY CLAYTON
                                                                                              United States Attorney
                                                                                              Southern District of New York

                                                                                              By: <u>*/s/ Peter Aronoff*</u>
                                                                                              PETER ARONOFF
                                                                                              Assistant United States Attorney
                                                                                              Telephone: (212) 637-2697
                                                                                              E-mail: peter.aronoff@usdoj.gov
                                                                                              *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)