

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 15, 2026

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    *Knight First Amendment Institute v. Office of Management and Budget, et al.,*
> 25 Civ. 8783 (DEH)

Dear Judge Ho:

This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. We write jointly with counsel for plaintiff to provide a joint status report, as directed by the Court's December 15, 2025 Order, ECF No. 13.

As we noted in our initial letter, the complaint seeks records from three distinct entities for FOIA purposes: (1) the Office of Management and Budget (OMB), and two separate components of the Department of Justice (DOJ): (2) DOJ's Office of Legal Counsel (OLC); and (3) the DOJ's Information Policy (OIP), which, among other things, conducts FOIA operations for DOJ leadership offices.

As previously reported, OMB completed its search on December 9, and has been processing the records gathered at a pace of at least 500 pages per month. OMB has thus far reviewed approximately 2025 pages and reports that it has not located any records responsive to either Parts 1 or 2 of Plaintiff's FOIA request.

Also as previously noted, OIP also completed its search, as well as an initial responsiveness review and deduplication of its electronic search results. OIP has identified a small amount of potentially responsive material, all of which has equities with other Executive Branch entities. OIP has referred these pages to the Executive Branch entities with equities for consultation, and will provide its response as to this material once the consultation process is completed.

As we previously noted, shortly after receiving the request, OLC completed a search, and provided plaintiff response on May 30, 2025, indicating it had found no records.

In addition, after the last status report, plaintiff asked OIP and OMB for information about how their searches were conducted. Both agencies have responded.

Honorable Dale E. Ho                                                                                      Page 2
April 15, 2026

     Under the Court's standing order for status reports, ECF No. 13, the parties' next report will be due May 15.

     We thank the Court for its attention to this matter.

                         Respectfully submitted,

                         JAY CLAYTON
                         United States Attorney
                         Southern District of New York

                         By: */s/ Peter Aronoff*
                         PETER ARONOFF
                         Assistant United States Attorney
                         Telephone: (212) 637-2697
                         E-mail: peter.aronoff@usdoj.gov
                         *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)