

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 15, 2026

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  *Knight First Amendment Institute v. Office of Management and Budget, et al.,*
> 25 Civ. 8783 (DEH)

Dear Judge Ho:

This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. We write jointly with counsel for plaintiff to provide a joint status report, as directed by the Court's December 15, 2025 Order, ECF No. 13.

As we noted in our initial letter, the complaint seeks records from three distinct entities for FOIA purposes: (1) the Office of Management and Budget (OMB), and two separate components of the Department of Justice (DOJ): (2) DOJ's Office of Legal Counsel (OLC); and (3) the DOJ's Information Policy (OIP), which, among other things, conducts FOIA operations for DOJ leadership offices.

As previously reported, OMB completed its search on December 9, and has been processing the records gathered at a pace of at least 500 pages per month. OMB has thus far reviewed approximately 2525 pages and reports that it has not located any records responsive to either Parts 1 or 2 of Plaintiff's FOIA request.

Also as previously noted, OIP has identified a small amount of potentially responsive material, all of which has equities with other Executive Branch entities. OIP circulated these pages to the Executive Branch entities with equities for consultation, and while that process remains ongoing, OIP will provide its response as to this material once the consultation process is completed. To further streamline processing, OIP, through counsel, presented Plaintiff with a narrowing proposal to scope out public legal filings, which Plaintiff accepted on April 16, 2026. OIP anticipates that it will provide its response on or before the proposed date of the next status report.

As we previously noted, shortly after receiving the request, OLC completed a search, and provided plaintiff response on May 30, 2025, indicating it had found no records.

Honorable Dale E. Ho                                                                    Page 2
May 15, 2026

     As we have also noted, plaintiff previously asked OIP and OMB for information about how their searches were conducted, and both agencies responded before the April status report.

     Under the Court's standing order for status reports, ECF No. 13, the parties' next report will be due June 15.

     We thank the Court for its attention to this matter.

               Respectfully submitted,

               JAY CLAYTON
               United States Attorney
               Southern District of New York

               By: */s/ Peter Aronoff*
               PETER ARONOFF
               Assistant United States Attorney
               Telephone: (212) 637-2697
               E-mail: peter.aronoff@usdoj.gov
               *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)