

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 15, 2026

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  *Knight First Amendment Institute v. Office of Management and Budget, et al.,*
> 25 Civ. 8783 (DEH)

Dear Judge Ho:

This Office represents the defendant agencies in this Freedom of Information Act (FOIA) case. We write jointly with counsel for plaintiff to provide a joint status report, as directed by the Court's December 15, 2025 Order, ECF No. 13.

As we noted in our initial letter, the complaint seeks records from three distinct entities for FOIA purposes: (1) the Office of Management and Budget (OMB), and two separate components of the Department of Justice (DOJ): (2) DOJ's Office of Legal Counsel (OLC); and (3) the DOJ's Information Policy (OIP), which, among other things, conducts FOIA operations for DOJ leadership offices.

As previously reported, OMB completed its search on December 9, and has been processing the records gathered at a pace of at least 500 pages per month. OMB has thus far reviewed approximately 3025 pages and reports that it has not located any records responsive to either Parts 1 or 2 of Plaintiff's FOIA request. In addition, since the last status report, based on discussions with plaintiff's counsel, OMB has conducted a supplemental search, which located additional potentially responsive records. OMB will process these records once it has completed processing the results of its initial search.

Earlier today, OIP issued its final response to plaintiff's request. Once plaintiff has reviewed OIP's response, the parties expect to confer to attempt to eliminate or narrow any issues.

As we previously noted, shortly after receiving the request, OLC completed a search, and provided plaintiff response on May 30, 2025, indicating it had found no records.

Under the Court's standing order for status reports, ECF No. 13, the parties' next report will be due July 16.

Honorable Dale E. Ho                                                                                         Page 2
June 15, 2026

        We thank the Court for its attention to this matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney
        Southern District of New York

        By: */s/ Peter Aronoff*
        PETER ARONOFF
        Assistant United States Attorney
        Telephone: (212) 637-2697
        E-mail: peter.aronoff@usdoj.gov
        *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)