UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY,

             Plaintiff,

      v.

OFFICE OF MANAGEMENT AND BUDGET
and U.S. DEPARTMENT OF JUSTICE,

             Defendant.

Civil Action No.: 1:25-cv-08783

**NOTICE OF CHANGE OF FIRM NAME**

---

To:    The Clerk of the Court and all parties of record:

    **PLEASE TAKE NOTICE** that Walden Macht Haran & Williams LLP has changed its name to Walden Haran Williams LLP.  The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice that updated email addresses will include the new domain "whwllp.com," replacing "wmhwlaw.com," although all emails to addresses at the old domain will be forwarded to the corresponding new address.

Dated:   New York, NY
           July 10, 2026

Respectfully submitted,

**WALDEN HARAN WILLIAMS LLP**

By:    /s/ *Deanna M. Paul*
       Deanna M. Paul
       250 Vesey Street, 27th Floor
       New York, NY 10281
       Tel: (212) 335-2030
       dpaul@whwllp.com

       *Attorneys for Plaintiff*