# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
256 5th Avenue | Floor 3
New York, New York 10001
T (213) 625-3900 | F (213) 232-3255
www.geragos.com

October 19, 2026

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

*Re:* *Knight First Amendment Institute v. Office of Management and Budget, et al.,*
*25 Civ. 8783 (DEH)*

Dear Judge Ho,

Pursuant to the Court's Individual Rules, Plaintiff respectfully submits this letter, with Defendants' consent, requesting an adjournment of the status conference scheduled for October 27, 2026, at 10:00 a.m. Plaintiff's counsel has a previously scheduled sentencing proceeding before the Honorable Valerie E. Caproni in *United States v. Alexander*, No. 24-cr-676 (S.D.N.Y.), that conflicts with the conference.

The parties have conferred and, subject to the Court's availability, respectfully propose the following alternative dates and times:

- **Monday, October 26, 2026:** Between 2:00 p.m. and 5:00 p.m.
- **Wednesday, October 28, 2026:** Any time.

The parties thank the Court for its consideration.

Respectfully submitted,

Deanna Paul
GERAGOS & GERAGOS