GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
256 5th Avenue | Floor 3
New York, New York 10001
T (213) 625-3900 | F (213) 232-3255
www.geragos.com

October 19, 2026

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

*Re:* *Knight First Amendment Institute v. Office of Management and Budget, et al., 25 Civ. 8783 (DEH)*

Dear Judge Ho,

Pursuant to the Court's Individual Rules, Plaintiff respectfully submits this letter, with Defendants' consent, requesting an adjournment of the status conference scheduled for October 27, 2026, at 10:00 a.m. Plaintiff's counsel has a previously scheduled sentencing proceeding before the Honorable Valerie E. Caproni in *United States v. Alexander*, No. 24-cr-676 (S.D.N.Y.), that conflicts with the conference.

The parties have conferred and, subject to the Court's availability, respectfully propose the following alternative dates and times:

- **Monday, October 26, 2026:** Between 2:00 p.m. and 5:00 p.m.
- **Wednesday, October 28, 2026:** Any time.

The parties thank the Court for its consideration.

Respectfully submitted,

Deanna Paul
GERAGOS & GERAGOS

Plaintiff's unopposed request for a rescheduled status conference is **GRANTED**. The parties shall a appear virtually at 3:00 PM on Monday, October 26, 2026. The conference will be held via Microsoft Teams. The parties may join the conference by dialing +1 646-453-4442, and entering conference ID number 260 906 543#.

By no later than October 22, 2026, the parties shall file a joint status letter proposing (1) deadlines for completing outstanding searches and providing information necessary for Plaintiff to evaluate the agencies' responses and to identify any issues that remain in dispute, and (2) a schedule for resolving such issues, if any, including through summary judgment if necessary. If the parties cannot agree on any of the above, the letter may set forth the parties' competing proposals and their respective positions (no more than 2 pages per side).

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Dale E. Ho
United States District Judge